LAURENCE L. ANGELO, ESQ. S.B. No. 34528     (SPACE BELOW FOR FILING STAMP ONLY)
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Ave. Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants,
County of Tehama, also sued herein as
"Probation Department of County of Tehama",
William Fleharty & Ms. Lou Peters

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BERRY R. CLAUSEN, | Case No.: CV-S-05-01380-FCD GGH |
| Plaintiff, | **STIPULATION REQUESTING ORDER EXTENDING TIME TO APPEARE (SECOND EXTENSION)** |
| vs. | |
| COUNTY OF TEHAMA, PROBATION DEPARTMENT OF COUNTY OF TEHAMA, WILLIAM FLEHARTY and MS. LOU PETERS, and DOES 1-10, | |
| Defendants. | |

**STIPULATION**

WHEREAS, the parties hereto, through respective counsel, stipulated to extending the time of Defendants, County of Tehama, Probation Department of the

-1-

1  County of Tehama, William Fleharty and Ms. Lou Peters, (hereafter "Defendants")
2  to appear and answer to and including August 29, 2005; and
3       WHEREAS, because of an illness and subsequent death in defense counsel's
4  family, defense counsel has not had an opportunity to confer with his clients and
5  prepare the appropriate answer; and
6       WHEREAS, Plaintiff, through counsel, is willing to extend the time of
7  Defendants to answer in this matter to and including September 26, 2005 with the
8  Court's permission:
9       NOW, THEREFORE, IT IS STIPULATED by and between the parties
10 hereto, through their respective counsel, that with permission of the Court,
11 Defendants may have to and including September 24, 2005 within which to answer
12 the complaint and demand a jury trial herein.
13       IT IS FURTHER STIPULATED that this is the second extension requested.

15 DATED: September 6, 2005
16                                   LAW OFFICES OF MICHAEL T. SHEPHERD
18                                   BY:   /s/ Michael T. Shepherd
19                                         MICHAEL T. SHEPHERD
                                           Attorney for Plaintiff Berry R. Clausen
21 DATED: September 1, 2005
22                                   ANGELO, KILDAY & KILDUFF
24                                   BY:   /s/ Laurence L. Angelo
25                                         LAURENCE L. ANGELO
26                                         Attorneys for Defendants County of Tehama
                                           William Flerharty and Ms. Lou Peters

1 
## **ORDER**

2
3   PURSUANT TO STIPULATION OF THE PARTIES AND GOOD CAUSE
4   APPEARING THEREFOR, IT IS ORDERED that Defendants County of Tehama,
5   Probation Department of the County of Tehama, William Fleharty and Ms. Lou
6   Peters, may have to and including September 26, 2005 within which to answer the
7   complaint and demand a jury trial herein.

8
9   Dated: September 9, 2005

10                              /s/ Frank C. Damrell Jr.
                                FRANK C. DAMRELL, JR.,  JUDGE
11                              UNITED STATES DISTRICT
                                COURT, EASTERN DISTRICT OF
12                              CALIFORNIA

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28