MICHAEL T. SHEPHERD, SBN 58813
MARGARET L. GUNNELL, 88515
**LAW OFFICES OF MICHAEL T. SHEPHERD**
1074 EAST AVENUE, STE. O
CHICO, CA 95926
Phone:       (530) 893-3700
Fax:           (530) 893-1579

Attorney for Plaintiff, Clausen

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY R. CLAUSEN,<br><br>          Plaintiff,<br><br>vs.<br><br>COUNTY OF TEHAMA, et al.,<br><br>          Defendants. | Case No.  CV-1380-FCD GGH<br><br>**STIPULATION AND ORDER EXTENDING TIME TO HEAR MOTION**<br><br>**"AS MODIFIED"** |

## STIPULATION

WHEREAS, the parties hereto, through their respective counsel, stipulate to extending the time of Defendants, County of Tehama, Probation Department of the County of Tehama, William Fleharty and Ms. Lou Peters, (hereafter "Defendants") to have their Motion for Summary Judgment heard, currently scheduled for December 15, 2006; and

WHEREAS, because plaintiff's counsel has a binding arbitration scheduled on December 15, 2006 in another matter; and

WHEREAS, Plaintiff and Defendants, through counsel, are willing to extend the time of Defendants to have their Motion for Summary Judgment heard to and including January 12, 2007 with the Court's permission:

NOW, THEREFORE, IT IS STIPULATED by and between the parties hereto, through their respective counsel, that with permission of the Court, Defendants may have to and including January 12, 2007 within which to have their Motion for Summary Judgment heard by this court.

IT IS FURTHER STIPULATED that Defendants may have until December 1, 2006 to amend their Motion to raise and argue the case of Palmer vs. Regents, 107 Cal.App.4th 899 and that Plaintiff shall have up to and including December 21, 2006, in which to file and serve opposition papers.

DATED: **LAW OFFICES OF MICHAEL T. SHEPHERD**

BY:  /s/Michael T. Shepherd
     MICHAEL T. SHEPHERD
     Attorney for Plaintiff, BARRY R. CLAUSEN

DATED: **ANGELO, KILDAY & KILDUFF**

BY:  /s/Laurence L. Angelo
     LAURENCE L. ANGELO
     Attorneys for Defendants County of Tehama
     William Fleharty and Ms. Lou Peters

///
///
///
///
///
///

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED that the hearing on Defendants Motion for Summary Judgment filed November 9, 2006 is hereby RESET for Friday, January 12, 2007 at 10:00 a.m.

IT IS FURTHER ORDERED that Defendants may have until December 1, 2006 to amend their Motion, as stated in this stipulation and that Plaintiff shall have up to and including December 21, 2006, in which to file and serve opposition papers.  Any reply shall be filed no later than December 29, 2006.

The parties are cautioned to ensure that the caption on all pleadings filed in this action accurately reflect the full case number: CIV S-05-1380 FCD GGH.

DATED: November 27, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE