UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| BERRY R. CLAUSEN, | NO. CIV. S-05-1380 FCD GGH |
| Plaintiff, | |
| v. | <u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u> |
| COUNTY OF TEHAMA, et al., | |
| Defendants. | |

----oo0oo----

    1.   The hearing on Defendants' Motion for Summary Judgment is continued to January 26, 2007 at 10:00 a.m.  Plaintiff shall file and serve its opposition brief or notice of non-opposition no later than January 12, 2007.  The Defendant may file and serve a reply on or before January 19, 2007.

    2.   Plaintiff's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 78-230(c).

///

3.   Plaintiff's counsel shall file his response to the order to show cause on or before January 12, 2007.

4.   A hearing on the order to show cause will follow the hearing on the Motion for Summary Judgment.

IT IS SO ORDERED.

DATED: January 3, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE