1  LAURENCE L. ANGELO, ESQ. S.B. No. 34528
2  **ANGELO, KILDAY & KILDUFF**
   Attorneys at Law
3  601 University Ave. Suite 150
4  Sacramento, CA  95825
   Telephone:  (916) 564-6100
5  Telecopier:  (916) 564-6263

6
7  Attorneys for Defendants,
   County of Tehama, also sued herein as
8  "Probation Department of County of Tehama",
9  William Fleharty & Ms. Lou Peters

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BERRY R. CLAUSEN, | Case No.:  CV-S-05-01380-FCD GGH |
| Plaintiff, | **STIPULATION and ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE, WAIVER OF COSTS AND ATTORNEY'S FEES, AND PROVISION FOR RELEASE (FRCP Rule 41)** |
| vs. | |
| COUNTY OF TEHAMA, PROBATION DEPARTMENT OF COUNTY OF TEHAMA, WILLIAM FLEHARTY and MS. LOU PETERS, and DOES 1-10, | |
| Defendants. | |

   IT IS STIPULATED by and between the parties through their respective counsel as follows:

///

1  (1) That this action and all claims described in the Complaint on file
2      herein be and they hereby are dismissed with prejudice; and
3  (2) That the parties hereto each bear his, her, and its collectible costs and
4      attorney's fees and costs; and
5  (3) That Plaintiff shall with this Stipulation provide Defendants, their
6      agents, representatives, employees, departments, divisions, officers,
7      and governing body with a full release of all claims.

DATED: November 30, 2006

ANGELO, KILDAY & KILDUFF

BY: /s/ Laurence L. Angelo
    LAURENCE L. ANGELO, ESQ.
    SBN 34528
    Attorneys for County of Tehama also sued
    Herein as County of Tehama Probation
    Department, William Flerharty and
    Ms. Lou Peters

DATED: December 5, 2006

THE LAW OFFICES OF MICHAEL T. SHEPHERD

BY: /s/ Michael T. Shepherd
    MICHAEL T. SHEPHERD, ESQ.
    SBN 58813
    Attorney for Plaintiff Berry R. Clausen

///

///

///

## ORDER

PURSUANT TO STIPULATION and the conditions of dismissal entered into by the parties, this action is hereby DISMISSED with prejudice. In light of this dismissal all pending hearing dates and schedules are VACATED and the Order to Show Cause set for hearing on January 26, 2007 is DISCHARGED and the hearing VACATED.

Dated: January 3, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE